AO91 (Rev. 11/11)   Criminal Complaint

# United States District Court
for the

Southern District of Texas

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| V. | ) | |
| **Franklin Anthony BRABHAM** | ) | Case Number: |
| **East Point, Georgia** | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 29, 2018** in the county of **Webb** in the
(Date)
**Southern** District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 United States Code, Section 1324 | a United States citizen did unlawfully transport, attempt to transport, and conspire to transport Mexican nationals Zeferino MEJIA-Rodriguez, Silvina JIMENEZ-Camacho, and eleven (11) other undocumented aliens by means of motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved or attempted to transport or move said aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

[X]   Continued on the attached sheet.

/s/Andy Garcia
Complainant's Signature

**Andy Garcia**
Printed Name and Title

Sworn to before me and signed in my presence,

Date:   **October 1, 2018**

Judge's Signature

City and State:   **Laredo, Texas**   **Diana Song Quiroga , U.S. Magistrate Judge**
Printed Name and Title

UNITED STATES OF AMERICA                                               Page 2
        V.
**Franklin Anthony BRABHAM**

**[CONT OF BASIS OF COMPLAINT]**

I, Andy Garcia, a Homeland Security Investigations (HSI) Special Agent (SA), have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, and/or information obtained from other agents and witnesses:

On September 29, 2018, a United States (U.S.) Customs and Border Protection (CBP), Office of Border Patrol (OBP) Agent (BPA) assigned to the Laredo, Texas (TX) immigration checkpoint located near mile marker 29 on Interstate Highway 35 (IH-35) conducted an immigration inspection on the driver of white tractor truck, pulling a white tanker.  The driver, later identified as Franklin Anthony BRABHAM stated that he was a U.S. citizen. The BPA asked BRABHAM if he was alone in the tractor truck to which he replied, "Yes."  The BPA observed that the tractor's truck sleeper was concealed by a curtain and asked the driver, to move the curtain in order to verify there was no one else in the conveyance.  BRABHAM moved the curtain to the tractor truck sleeper, and the BPA immediately observed two subjects sitting on the top bunk of the sleeper with one (1) subject partially covering their face.  At this time, a BP K-9 handler advised the BPA on primary that his service K-9 alerted to the presence of concealed people and/or narcotics on the side compartment of the tractor trailer.

BRABHAM was instructed to park the tractor truck and to step outside of the vehicle.  BPAs inspected the cab of the tractor truck and discovered thirteen (13) subjects concealed in the sleeper area, behind the curtain.  An immigration inspection was conducted on the thirteen (13) subjects and all were determined to be illegal aliens (IAs) without documents that would allow them to be in or remain in the United States.

BRABHAM, and all thirteen (13) IAs were placed under arrest and transported to the holding cell area of the OBP checkpoint.

Homeland Security Investigations (HSI) Special Agents arrived at the BP immigration checkpoint on IH-35 to conduct interviews of individuals involved with this event. BRABHAM was read his Miranda rights in the English language, acknowledged he understood his rights, and agreed to speak to the agents without the presence of an attorney. BRABHAM stated he was aware of the IAs concealed in the sleeper compartment of the tractor. BRABHAM stated he was going to be paid approximately five hundred ($500.00) United States Dollars (USDs) per IA, upon his return to San Antonio, TX with the tractor trailer.

Mexican (MX) nationals Silvina JIMENEZ-Camacho and Zeferino MEJIA-Rodriguez, two (2) of the IAs being transported by BRABHAM, are being held as material witnesses in the case against BRABHAM.  Both material witnesses made arrangements with unknown smugglers to be smuggled to an unknown city in North Carolina and Houston, TX.  Both material witnesses stated they were going to be charged a smuggling fee of up to three thousand five hundred ($3,500.00) USDs.

JIMENEZ-Camacho was unable to describe the driver of the tractor truck.  MEJIA-Rodriguez identified BRABHAM via six (6) person photographic array, as the person driving the tractor trailer.

HSI Laredo took custody of BRABHAM and will be charging him with violations of Title 8 United States Code 1324, Alien Smuggling.  BRABHAM will be held at the Webb County Jail pending their initial appearance before a Magistrate Judge of the Southern District of Texas.